No. 82–6388.   COTNER v. GARDNER ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–6389.   BOWLING v. STRICKLAND ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 82–6391.   SMITH v. JAGO.   C. A. 6th Cir.   Certiorari denied.

No. 82–6401.   VALLE v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–6409.   COTNER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 82–6414.   MELKONIAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–1118.   NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND ET AL. v. DUCHOW, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF DUCHOW.   C. A. 2d Cir.   Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari denied. JUSTICE O'CONNOR would grant certiorari.

No. 82–1130.   SIVIGLIA v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   THE CHIEF JUSTICE, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would grant certiorari and summarily reverse the judgment of the United States Court of Appeals for the Tenth Circuit.